JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HENRY AROLDO ZELADA-GARNICA,

Petitioner,

v.

MARKWAYNE MULLIN, ET AL.,

Respondents.

No. 5:26-cv-02942 DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus and Ordering Petitioner's Immediate Release,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: June 8, 2026

_____

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE